# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128288(23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA D. WYATT, Personal
Representative of the Estate of
William Nolan Wyatt, Deceased,
            Plaintiff-Appellee,

v

SC: 128288
COA: 258237
Wayne CC: 04-402043-NH

OAKWOOD HOSPITAL AND
MEDICAL CENTERS, a/k/a
OAKWOOD HEALTHCARE,
INC, and PARVEZ KAHN, M.D.,
            Defendants,

and

THOMAS AUSTIN CHAPEL, M.D.,
            Defendant-Appellant.
_____/

        On order of the Court, the motion for reconsideration of this Court's order of June 17, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

        CAVANAGH and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

p1026